UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Donald Slama, as trustee for the next of kin of Barbara L. Slama,

Plaintiff,

vs.

Copley Pharmaceutical, Inc., a Delaware corporation,

Defendant.

Civil File No. 01-CV-833 DWF/RLE

AMENDED PRETRIAL SCHEDULE

At Duluth, in the District of Minnesota, this 12th day of July, 2002.

* * *

Pursuant to a Joint Motion for Modification of the Pre-Trial Schedule in accordance with Local Rule 16.3, Fed. R. Civ. P. 16, and upon a showing of good cause, the following Amended Schedule will govern these proceedings.

The dates established in the initial Pre-Trial Schedule of October 5, 2001, shall remain the same with the following exceptions:

1. The period during which the parties may conduct all discovery, pursuant to Section I of the initial Pre-Trial Schedule, is extended from August 1, 2002 to December 1, 2002.

2. The date for the filing of nondispositive motions and the hearing thereon, pursuant to Section III of the initial Pre-Trial Schedule, is extended from September 1, 2002, to January 1, 2003.

3. The date for the filing of dispositive motions and the hearing thereon,

289524

(15)

FILED JUL 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MJ

pursuant to Section IX of the initial Pre-Trial Schedule, is extended from October 1, 2002, to February 1, 2003.

4. The date upon which the case shall be ready for trial, pursuant to Section X of the initial Pre-Trial Schedule, is extended from October 1, 2002, to February 1, 2003.

All other dates and provisions in the initial Pre-Trial Schedule remain the same.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge