UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Donald Slama, as trustee for the next of kin of Barbara L. Slama,

Plaintiff,

vs.

Copley Pharmaceutical, Inc., a Delaware corporation and a wholly owned subsidiary of Teva Pharmaceutical USA, Inc.,

Defendant.

Civil File No. 01-833 (DWF/RLE)

**STIPULATION AND ORDER SEALING PORTIONS OF COURT RECORD**

STIPULATION

The parties, by their undersigned attorneys of record, enter into the following stipulation.

WHEREAS, the above-titled matter was brought pursuant to the Minnesota Wrongful Death Act, Minn. Stat. § 573.02, and is premised on diversity jurisdiction; and

WHEREAS, the parties have reached a settlement of the above-entitled matter; and

WHEREAS, the decedent's heirs and next of kin have agreed upon a distribution of the settlement proceeds that they believe is fair and appropriate; and

WHEREAS, the Minnesota Wrongful Death Act, Minn. Stat. § 573.02, requires court approval of the distribution of settlement proceeds among the heirs and next of kin in cases brought pursuant to that Act; and

WHEREAS, plaintiff believes that said requirement is a substantive rather than procedural requirement, and must be followed in diversity-jurisdiction cases; and

(26)

FILED APR 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MJD

WHEREAS, it is plaintiff's desire to conclude this matter by submitting to the court a Petition (and other supporting papers) seeking an Order approving the agreed-upon distribution of the settlement proceeds pursuant to Section 573.02; and

WHEREAS, the settlement agreement between the parties provides or will provide that the terms of the settlement are confidential, and that any proceedings to approve the distribution of the settlement will be under seal;

NOW, THEREFORE, the parties stipulate:

1. That plaintiff may file a Petition pursuant to Section 573.02 and other supporting papers *as a sealed portion* of the court file;

2. That any subsequent papers relating to that Petition that discuss or describe the terms of the settlement—including but not limited to Court Orders or Memoranda—shall similarly be sealed portions of the court file.

3. That the parties jointly move the Court to issue the following order, without a hearing unless the Court determines a hearing to be necessary or advisable.

Dated: April 17, 2003.

HANFT FRIDE,
A Professional Association

By [signature]

Tim A. Strom
Attorney Registration No. 171426
Attorneys for Plaintiff
1000 U.S. Bank Place
130 West Superior Street
Duluth, Minnesota 55802-2094
(218) 722-4766

Dated: 4/16, 2003.

HALLELAND ~~LEWIS~~ NILAN SIPKINS & JOHNSON

By ______________________
Scott A. Smith
Attorney Registration No. 174026
Attorneys for Defendant
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

ORDER

Upon the above stipulation, and for good cause shown, it is hereby ORDERED:

1. That plaintiff may file a Petition pursuant to Minn. Stat. § 573.02 and other supporting papers *as a sealed portion* of the court file; and

2. That any subsequent papers relating to that Petition that discuss or describe the terms of the settlement—including but not limited to Court Orders or Memoranda—shall similarly be sealed portions of the court file.

Dated this 21st day of April, 2003.

BY THE COURT:

______________________
Raymond L. Erickson
United States District Court Judge-Magistrate