UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

DONALD SLAMA, as trustee for the next of kin of BARBARA L. SLAMA,

Plaintiff,

v.

COPLEY PHARMACEUTICAL, INC., a Delaware corporation and a wholly-owned subsidiary of Teva Pharmaceutical USA, Inc.,

Defendant.

Civil File No. 01-CV-833 DWF/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL**

The parties, by and through their counsel of record, herewith stipulate and agree that the above-captioned matter may be, and herewith is, dismissed with prejudice and on the merits, and without costs, disbursements or attorneys fees to any party.

The parties further stipulate and agree that, without further notice, motion or hearing, the within order may be rendered by the Court and that judgment of dismissal with prejudice and on the merits may be entered by the Clerk of Court.

Dated: ~~April~~ May 5, 2003.

HANFT FRIDE P.A.

By: _______________
Tim A. Strom Reg. No. 171426
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802

Attorneys for Plaintiff

FILED MAY 12 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED MAY 12 2003
DEPUTY CLERK'S INITIALS ________

DN: 179313

Dated: April 10, 2003

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: ______________________

Scott A. Smith Reg. No. 174026
Susan R. Zwaschka Reg. No. 271512
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

Attorneys for Defendant

**ORDER OF DISMISSAL**

Based upon the foregoing Stipulation, and the Court being fully advised in the premises, it is herewith ordered that the above-captioned matter may be, and herewith is, dismissed with prejudice and on the merits, and without costs, disbursements or attorneys' fees to any party. There being no just reason for delay, the Clerk of Court is herewith directed to enter a judgment of dismissal with prejudice in accordance with this Order and Stipulation.

Dated: ~~April~~ May 12, 2003.

BY THE COURT:

______________________
Judge, United States District Court
District of Minnesota

DN: 179313